IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN

John Doe &
James Doe,
T. B. by and through his Next Friend Mother 1
U. J., by and through his Next Friend, Mother 2,
J.S, by and through his Next Friend, Mother 3.

         Plaintiffs,   Hon. _____

v.               No. _____

Grand Rapids Public School District,
Teresa Weatherall Neal, Superintendent,
in her Official and Individual Capacities;
Daniel Williams Principal, of Grand
Rapids University Prep Academy, Assistant
Principal Kenyatta Hill, in their Official and
Individual Capacities; and Larry Johnson, Assistant
Superintendent, Public Safety Director and Title IX
Coordinator, and in their Official and Individual
Capacities;

         Defendants.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

  COMES NOW Plaintiffs John Doe and James Doe, and the three minor Plaintiffs, T.B., Mother 1, U.J. Mother 2,, J.S. Mother 3, by and through their counsel, EARDLEY LAW OFFICES, P.C., and moves this Honorable Court for leave to proceed under pseudonyms for the reasons set forth in the accompanying brief.

         Respectfully Submitted,

         EARDLEY LAW OFFICES, P.C.

November 11, 2014

         /s/ Eugenie B. Eardley
         Eugenie B. Eardley (P48615)

                                        Nicholas F.X. Gumina (P74203)
                                        Attorneys for Plaintiffs
                                        8 East Bridge Street, Suite B
                                        Rockford, MI 49341
                                        (616) 874-2647


                                        ALLRED, MAROKO & GOLDBERG[1]

November 11, 2014

                                        <u>/s/ Gloria Allred</u>
                                        Gloria Allred
                                        Nathan Goldberg
                                        Co-Counsel for Plaintiffs
                                        Suite 1500, 6300 Wilshire Boulevard
                                        Los Angeles, CA  90048
                                        (323) 653-6530

---

[1] Petition for Admission was filed November 10, 2014, pursuant to Local Civil Rule 83.1(d)(e) for Ms. Allred and Mr. Goldberg to become admitted to this Honorable Court and participate as counsel in this action, application is currently pending.